IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SCOTTY SHREEVE                                                              PLAINTIFF

       v.                      CIVIL NO. 2:16-cv-02056-MEF

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration              DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding application for Supplemental Security Income Benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law, finds as follows, to-wit:

For the reasons announced by the Court on the record on May 22, 2017, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this the 22nd day of May, 2017.

                                                      /s/ *Mark E. Ford*
                                                      HON. MARK E. FORD
                                                      UNITED STATES MAGISTRATE JUDGE